## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Andre Jerome Twitty,

        Petitioner,

v.

United States of America,

        Respondent.

Civil No. 15-3694 (MJD/HB)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**; and

2. Petitioner Andre Jerome Twitty's petition for a writ of habeas corpus (ECF No. 1) is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 2, 2015

s/Michael J. Davis
MICHAEL J. DAVIS
United States District Judge